UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:24-CR-00083 DLF |
| | : | |
| **PATRICK WOEHL,** | : | |
| | : | |
| **Defendant.** | : | |

### DEFENDANT'S UNOPPOSED MOTION TO
### OBTAIN HIS PASSPORT AND TRAVEL
### TO THE NORTHERN DISTRICT OF CALIFORNIA

The Defendant, Patrick Woehl, moves the Honorable Court for permission to travel with his passport to the Northern District of California (San Francisco, CA) to attend an identification interview with the Department of Homeland Security at the San Francisco Global Entry Enrollment Center on April 08, 2024 at 3:00 p.m.  In order to facilitate this trip, Defendant asks permission to obtain his passport from U.S. Probation on April 5, 2024, and return the passport to U.S. Probation on April 9, 2024.

As grounds for the motion, Defendant states that (1) enrolling for the Global Entry will facilitate his airport travel by preventing delays at metal detectors due to metal in his body, (2) Defendant paid $100.00 for the enrollment months prior to his arrest, (3) Defendant traveled to Italy in February 2024 with Court approval without any violations, and (4) the United States and U.S. Probation have no objection to this request which allows a reasonable time for the passport to be delivered to the Sacramento U.S. Probation Office.

The United States and U.S. Probation do not oppose the request.

|  |  |  |
|---|---|---|
|  | Respectfully submitted, |  |
|  | HEATHER E. WILLIAMS<br>Federal Defender<br>Eastern District of California<br>CA Bar Number 122664 |  |
| Date: March 19, 2024 | By: | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Eastern District of California<br>CA Bar Number 288639<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>T: (916) 498-5700<br>F: (916) 498-5710<br>douglas_beevers@fd.org |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:24-CR-00083 DLF |
| | : | |
| PATRICK WOEHL, | : | |
| | : | |
| Defendant. | : | |

**PROPOSED ORDER GRANTING MOTION TO
OBTAIN HIS PASSPORT AND TRAVEL
TO THE NORTHERN DISTRICT OF CALIFORNIA**

The matter coming before the Court on Defendants Unopposed motion to obtain his passport and travel to the Northern District of California, and it appearing that the United States and U.S. Probation have no objection to the request. It is ORDERED that U.S. Probation shall send Defendant's passport to the U.S. Probation Office, so that he may obtain the passport by April 5, 2024. It is ORDERED that Defendant's conditions of pretrial supervised release are modified to allow him to travel to the Northern District of California on April 8, 2024, and to allow him to possess his passport between April 5, 2024 and April 9, 2024. Mr. Woehl shall surrender his passport back to U.S. Probation on April 9, 2024.

Dated: March ___, 2024

_____
HON. DABNEY L. FRIEDRICH
United States Magistrate Judge

3