UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1;24-CR-00083-DLF |
| | : | |
| **PATRICK WOEHL,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO PERMIT LATE FILING OF MOTION TO SUPPRESS
## MOTION TO SUPPRESS

Defendant, Patrick Woehl, by and through counsel Douglas Beevers of the Federal Public Defenders of the Eastern District of California, moves the Court to extend the pretrial motion deadline to permit defense to file a motion to suppress which is based only on law and requires no factual assessment.

Defense moves the Court to suppress all evidence discovered pursuant to a search warrant that authorized the forensic of any computers found within Mr. Woehl's residence based on the possibility that he might back up his phone videos to a computer.  As grounds for this motion, Defense states that Defense counsel only realized last week that the video evidence in this case resulted from the search only of Mr. Woehl's computer rather than the phone which was seen being used to record the video while Mr. Woehl was in the Capitol.

   I.     Facts

The affidavit in support of the search warrant in this case clearly established that Mr. Woehl was the person who was in the Capitol on January 6th and the CCTV footage clearly showed that he used a phone to photograph or videotape his time in the Capitol building.   Law enforcement verified that he still had the same phone number which pinged near the Capitol thus law

enforcement had probable cause to believe that the phone which was used to record footage of the alleged criminal trespass was still in Mr. Woehl's possession. Defense agrees that law enforcement had probable cause to believe that Mr. Woehl's cellular phone probably contained evidence that would show that Mr. Woehl was in the Capitol when it was restricted. However, the affidavit also sought permission to seize and search any computers that might be found in the residence based only on the affiant's claim that "individuals who engage in the forgoing criminal activity (including January 6th offenses), in the event that they change digital devices will often "back up" or transfer files from their old digital devices to that of their new digital devices so as not to lose the data." Search warrant affidavit p. 23.

**Legal Argument**

In *United States v. Griffith*, the D.C. Circuit held that a search warrant for an electronic device requires probable cause to believe the person owns such a device and that the device has evidence of a crime on it. *United States v. Griffith*, 867 F.3d 1265, 1276, 432 U.S.App.D.C. 234, 245 (D.C. Cir. 2017). In this case, there was evidence that Mr. Woehl's cellular phone might still have evidence on it but there was nothing but speculation to support law enforcement's suspicion that he might have backed up his video of the crime to his computer. Defense contends that the affiant's claim that criminals "often back up" videos is clearly insufficient after United States v. *Griffith*, because "often" is an admission that the officer does not know if such behavior is frequent or probable. In Griffith, the D.C. Circuit required that warrants only issue if the officer has probable cause to believe the electronic device would be present and would have evidence on it. The fact that back up was possible is not probable cause. Defense requests the Court suppress Government's Exhibit 300.

Defense notes that the evidence seized from Mr. Woehl's home computer is primarily relevant to Count 4 as it contains the only audio recording of defendant's statements inside the Capitol Building.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender
Eastern District of California
CA Bar Number 122664

Date: June 2, 2024         By: /s/ Douglas Beevers
                               DOUGLAS BEEVERS
                               Assistant Federal Defender
                               Eastern District of California
                               CA Bar Number 288639
                               801 I Street, 3rd Floor
                               Sacramento, CA 95814
                               T: (916) 498-5700
                               F: (916) 498-5710
                               douglas_beevers@fd.org