UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:24-CR-00083 DLF |
| | : | |
| PATRICK WOEHL, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO**
**EXTEND SELF-SURRENDER FOR 10-30 DAYS**

The Defendant, Patrick Woehl, moves the Honorable Court to extend the self-surrender date set by the Bureau of Prisons from November 13, 2024 for 10 to 30 days in order that he may attend his cardiologist appointment on November 20, 2024.

As grounds for the motion, Defendant states on the weekend before his sentencing hearing he was hospitalized and tested for a suspected stroke on September 19, 2024 and the his treatment providers at Kaiser Permanente noted findings "suggestive of severe aortic valve stenosis" in his artificial aortic valve.   He was scheduled for a cardiologist consult on November 20, 2024, at which point his cardiologist will be able to determine what treatment Mr. Woehl needs and whether any surgery should be done before or after his 6-month incarceration sentence.    Defense requests that the Court permit the medical records in support of this motion to be filed under seal. Defense notes that Mr. Woehl has been designated to MCC San Diego which is not a medical facility, but is near to major regional hospitals.

Defense requests the Court permit a brief delay in self-surrender so that Defendant's cardiologist can establish a treatment plan which willenable the defendant to obtain necessary

surgery either before or after his six-month sentence. Defense notes that Mr. Woehl has private insurance and it would be a waste of federal resources to schedule his incarceration at a time that would force the federal government to pay for surgery outside the MCC facility when a brief delay may save the need o conduct such surgery.

AUSA Anna Krasinski does not oppose a 10 day extension.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender
Eastern District of California
CA Bar Number 122664

Date: October 24, 2024         By:   */s/ Douglas Beevers*
                                      DOUGLAS BEEVERS
                                      Assistant Federal Defender
                                      Eastern District of California
                                      CA Bar Number 288639
                                      801 I Street, 3rd Floor
                                      Sacramento, CA 95814
                                      T: (916) 498-5700
                                      F: (916) 498-5710
                                      douglas_beevers@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 1:24-CR-00083 DLF** |
| | : | |
| **PATRICK WOEHL,** | : | |
| | : | |
| **Defendant.** | : | |

## PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER FOR 10-30 DAYS

The matter coming before the Court on Defendant's Motion to Extend Self-Surrender for 10 to 30 days, and it appearing that the United States has no objection to the request, it is ORDERED that that the Motion to Extend Self-Surrender 10 to 30 days be granted.

Dated: October___, 2024

_____
HON. DABNEY L. FRIEDRICH
United States District Judge