**To print this page:** Use your browser's **Print** button, or select **File** then **Print** from your browser menu. If you have trouble printing, please click somewhere on this page and try again. To go back to the regular view, click the **Close** button below.

Date printed: 12/2/2024
Kaiser Permanente Member name: Patrick J Woehl
Date of birth: ███████
MRN: 110002638022

# The Permanente Medical Group, Inc.

**ADULT/FAMILY MEDICINE**
1011 RIVERSIDE AVENUE
ROSEVILLE CA 95678-5134
Dept: 916-784-4050
Main: 916-784-4000

December 2, 2024

Patrick J Woehl
6546 Greencreek Way
Citrus Heights CA 95621

This letter is to certify that Patrick J Woehl [d.o.b. ███████] is under my care. He has requested an updated document regarding the status of his medical health. This letter is to certify that he has:

1. **A prosthetic heart valve.** It has been evaluated recently, found to be stenotic, and he is undergoing workup with cardiology and cardiothoracic surgery for a heart valve replacement. He has been having dizziness and palpitations which are likely due to the stenotic valve. Echocardiogram also demonstrates reduced heart pumping function on 11/20/24. Cardiac catheterization on 11/26/24 showed reduced heart function as well as elevated Left Ventricular End Diastolic Pressure of 27-32mmHg. He has been started on new medication to manage this and is scheduled with cardiothoracic surgery for needed redo aortic valve replacement. This is a serious medical condition.

Sincerely,

HAMILTON ROSS WHITE DO